IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  
**TISHA MIMI MATTHEWS**  
    Debtor

CASE NO. 14-11972

CHAPTER 13

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

## OBJECTION TO CLAIM OF CERASTES, LLC
### (Claim No. 5)

Come now the debtor, **TISHA MIMI MATTHEWS**, and objects to the claim of **CERASTES, LLC** and for grounds shows as following:

1)     *That said Claim No. 5 was filed by Cerastes, LLC for $206.25 on 1/5/2015 showing Approved Cash as the original creditor;*

2)     *That Claim No. 4 was filed by Approved Cash for $206.25 on 12/9/2014; and*

3)     *That Claim No. 5 filed by Cerastes, LLC is a duplicate of Claim No. 4.*

**WHEREFORE**, debtors pray that this Honorable Court will sustain her objection, and dismiss Claim No. 5 of Cerastes, LLC.

Respectfully submitted this 8th day of January, 2015.

                              **/s/Ray T. Kennington**
                              Ray T. Kennington
                              Attorney for Debtors
                              Post Office Box 275
                              Ozark, Alabama 36361
                              (334) 445-1200
                              (334) 445-2600 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Curtis C. Redding, Chapter 13 Trustee, P.O. Box 173, Montgomery, Alabama 36101-0173, Teresa Jacobs, Bankruptcy Court

Adm., One Court Sq., Ste. 221, Montgomery, Alabama 36104, and Cerastes, LLC c/o Weinstein, Pinson, and Ripley, PS, 2001 Western Avenue, Ste. 400, Seattle, WA. 98121 by ECF or placing the same in the United States Mail with adequate postage attached.

Done this 8th day of January, 2015.

/s/**Ray T. Kennington**
Ray T. Kennington
Attorney for Debtor